UNITED STATES of America,
Plaintiff—Appellee,

v.

Ikechukwu OPARA, Defendant—
Appellant.

No. 98–10474.

D.C. No. CR–97–40043–CW.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 11, 2003.

Before HILL,** T.G. NELSON, and
HAWKINS, Circuit Judges.

ORDER ***

Ikechukwu Opara's appeal is DIS-MISSED. He failed to raise the issues he now seeks to appeal before the district court and has therefore waived them.[1]

IT IS SO ORDERED.

---

* This panel unanimously finds this case suitable for decision without oral argument. FED. R.APP. P. 34(a)(2).

** The Honorable James C. Hill, Senior United States Circuit Judge for the Eleventh Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

1. *See United States v. Beierle*, 77 F.3d 1199, 1201 (9th Cir.1996).

